USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________No. 97-2296 ALICIA QUINONES, ET AL., Plaintiffs, Appellees, v. K-MART CORPORATION, Defendant, Appellant.  ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ____________________ Before Boudin, Circuit Judge, Coffin, Senior Circuit Judge, and Lynch, Circuit Judge. ____________________ Eduardo A. Vera Ramirez and Ramirez Lavandero, Landron & Vera onbrief for appellant. Sigfredo A. Irizarry Semidei on Motion and Memorandum for SummaryDisposition for appellees.  ____________________ March 13, 1998  ____________________  Per Curiam. Upon careful review of appellant's brief, appellee's motion for summary disposition, and the record, we conclude that appellant's contentions lack merit. The magistrate judge correctly disposed of those issues in the Opinion and Order dated September 30, 1997. Affirmed. See 1st Cir. Loc. R. 27.1.